**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re: Methyl Tertiary Butyl Ether ("MTBE")* *Products Liability Litigation* | Master File No. 1:00 – 1898 MDL 1358 (DLC) M21-88 |
| This document relates to: | Civil Action |
| *Commonwealth of Puerto Rico v.* *Shell Oil, et al.,* USDC-SDNY Civ. No. 07-10470(VSB) USDC-PR Civ. No. 07-01505 (CCC) | |
| *Commonwealth of Puerto Rico v.* *Shell Oil, et al.,* USDC-SDNY Civ. No. 14-01014 (VSB) USDC-PR Civ. No. 13-01678 (ADC) | |

**[Proposed] ORDER OF DISMISSAL**

Having considered the recently filed Joint Stipulation for Voluntary Dismissal Under Fed. R. Civ. P. 41(a)(2) as to CITGO Refining and Chemicals Company L.P., CITGO Petroleum Corporation, CITGO International Puerto Rico Company, and CITGO International Latin America, Inc. (collectively "CITGO Defendants"); it is hereby:

ORDERED defendants CITGO Refining and Chemicals Company L.P., CITGO Petroleum Corporation, CITGO International Puerto Rico Company, and CITGO International Latin America, Inc. are dismissed *with prejudice* in cases no. 07 Civ. 10470 and 14 Civ. 01014. pursuant to Federal Rule of Civil Procedure 41(a)(2). Each Party to bear its own costs.

Dated: December 19, 2025

SO ORDERED:

_____
Denise L. Cote,
U.S.D.J.